# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-449
Lower Tribunal No. F08-8259

_____

**Pleadro Jermaine Scott,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Pleadro Jermaine Scott, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

On January 29, 2021, this Court, in case number 3D21-403, granted appellant Pleadro Jermaine Scott's petition for Writ of Habeas Corpus seeking leave to file a belated appeal of the trial court's September 1, 2020 order denying his post-conviction motion. After careful review of the summary record,[1] we affirm the trial court's September 1, 2020 Order Denying Amended Second or Successive Motion for Post-Conviction Relief.

Affirmed.

---

[1] Notwithstanding the requisites of Florida Rule of Appellate Procedure 9.141(b)(2)(A), the summary record included several filings made after the entry of, and unrelated to, the appealed order. We disregarded those irrelevant inclusions.